U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2005 JUN -3 P 1: 19

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Monnerville Rene

v.                                          Case No. 05-cv-72-SM

Portsmouth Police Department

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 17, 2005, for the reasons set forth therein.   Plaintiff's complaint is hereby dismissed.

SO ORDERED.

June 3, 2005

Steven J. McAuliffe
Chief Judge

cc:    Monnerville Rene, pro se