```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF NEW HAMPSHIRE
```

<u>Monnerville Rene, Jr.</u>

    v.                                      Civil No. 05-cv-72-SM

<u>Portsmouth Police Department</u>

## NOTICE OF RULING

Re:   Document No. 7, Motion of Appeal

**Ruling**:  Denied as prematurely filed.  Judgment was entered on June 6, 2005.  Accordingly, plaintiff must, if he wishes to appeal, file a notice of appeal within the time allowed, following June 6, 2005 (i.e., 30 days).

Entered by:  Steven J. McAuliffe, Chief Judge

Date:  June 6, 2005

cc:  Monnerville Rene, Jr.